Mary Miller Hall, Columbus, OH, Pro Se.

Charles Miller, Columbus, OH, Pro Se.

Laura V. Macban, Skyline Esplanade, Tucson, AZ, Pro Se.

Kathryn J. Winters, Tucson, AZ, for Defendants–Appellees.

**Mary Miller HALL; et al.,**
**Plaintiffs–Appellants,**

**v.**

**Daryl MILLER; et al., Defendants–**
**Appellees.**

No. 08–15307.

United States Court of Appeals,
Ninth Circuit.

Submitted July 14, 2008.*

Filed July 24, 2008.

Before: SCHROEDER, LEAVY and IKUTA, Circuit Judges.

MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Appellants' complaint for damages in this case is essentially identical to the earlier complaint filed in case No. 4:06–CV–00525–GLF. Because appellants' claims

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

have been adjudicated and a final judgment on the merits has been previously reached, appellants' claims are barred by *res judicata.* *See, e.g., Federated Dep't Stores, Inc. v. Moitie,* 452 U.S. 394, 398, 101 S.Ct. 2424, 69 L.Ed.2d 103 (1981); *In re Jenson,* 980 F.2d 1254, 1256 (9th Cir. 1992).

Accordingly, appellees' joint motion for summary affirmance of the district court's judgment is granted.

All pending motions are denied as moot.

**AFFIRMED.**